UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING LIU et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, <br><br> Defendant. | Case No. 2:23-cv-03480-SB-AGR <br><br><br> ORDER DISMISSING CASE |

The parties stipulated to dismiss this case with prejudice. Dkt. No. 9. Accordingly, this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Date: June 22, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1